UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:25-cv-03629-JFW-SK                    Date: January 28, 2026
Title     Chinh Cuong Ngo v. ICE, et al.


Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner:        Attorneys Present for Respondent:

None present                                      None present


**Proceedings:**        (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY
                        PETITION SHOULD NOT BE DISMISSED AS MOOT**

On December 15, 2025, Petitioner Chinh Cuong Ngo filed a habeas petition under 28 U.S.C. § 2241 challenging his detention and continued confinement at the Adelanto ICE Processing Center.  (ECF 1).  Respondents have since informed the court that Petitioner was removed from the United States on January 13, 2026.  (ECF 7 at 2; ECF 7-1).  "For a habeas petition to continue to present a live controversy after the petitioner's release or deportation, . . . there must be some remaining collateral consequence that may be redressed by success on the petition."  *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007) (cleaned up).  Here, Petitioner appears to challenge only the length of his detention and seeks release from custody pending removal.  (ECF 1 at 3–7).  His deportation therefore effectively granted the relief sought, rendering the petition moot.  *See Abdala*, 488 F.3d at 1065; *see, e.g.*, *Mejia v. Semaia*, 2025 WL 2633165, at *2 (C.D. Cal. Aug. 21, 2025).

Accordingly, Petitioner is ordered to show cause why the petition should not be dismissed as moot.  Petitioner may discharge this order by signing and returning the attached Form CV-09y within 14 days of the date of this order.  Failure to return that form on time as ordered or to otherwise timely respond in writing to this order may be deemed Petitioner's consent to voluntary dismissal of the petition for the reasons set forth in this order, or it can lead to the immediate closing of this case with no further notice for lack of prosecution and noncompliance with court orders.  *See* Fed. R. Civ. P.

---

CV-90 (03/15)                    Civil Minutes – General                    Page **1** of **2**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:25-cv-03629-JFW-SK                                    Date: January 28, 2026

Title       Chinh Cuong Ngo v. ICE, et al.

41(b); L.R. 41-1; *see also* L.R. 41-6 (requiring pro se litigants to keep court timely apprised of any change in record address).

IT IS SO ORDERED.